OLNEY L. CARPENTER, Respondent, *v.* THE BOSTON & ALBANY
RAILROAD COMPANY, Appellant.

(Argued March 11, 1887; decided March 25, 1887.)

*John Cadman* for appellant.

*Charles L. Beale* and *R. E. Andrews* for respondent.

Agree to affirm on authority of *Carpenter* v. *B. & A. R. R.
Co.* (97 N. Y. 494).
All concur.
Judgment affirmed.

---

JOSEPHINE CORNELL, Respondent, *v.* FRANCES R. CORNELL,
Appellant.

(Argued March 14, 1887; decided March 25, 1887.)

*Gabriel L. Smith* for appellant.

*J. A. Reynolds* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.